IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | Chapter 13 |
| Tamara Dey-Venturella | No. 18 B 20646 |
| Debtors. | Judge Jacqueline P. Cox |

### AGREED ORDER AMENDING PLAN

This cause coming on to be heard on the objection to confirmation by American Eagle Bank, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that as to the debt owed to American Eagle Bank is allowed $550.00 in attorney's fees and that amount may be added to the indebtedness. The aforementioned fees are properly payable despite any proof of claim in a lower amount without further notice, hearing, proof of claim or Order.

IT IS FURTHER ORDERED that the plan is amended also provide as follows: "The Debtor shall remain in full compliance pursuant to the underlying retail installment contract with American Eagle Bank, including but not limited to payments, interest rates, late charges, etc, and American Eagle Bank shall retain its lien on 2016 Ford Fusion until such time as the retail installment contract has been fully satisfied pursuant to applicable non-bankruptcy law. The discharge language pursuant to 11 U.S.C. §1328 does not apply to the debt owed to American Eagle Bank. The modification of the automatic stay does not cease the obligation to pay this indebtedness owed to American Eagle Bank."

_____
Attorney for the Debtor

Enter:

/s/ Christopher H. Purcell
Christopher H. Purcell,
Sherman & Purcell LLP
120 S. LaSalle, Suite 1460
Chicago, Illinois 60603
Phone (312) 372-1487
Atty. for American Eagle Bank

J. Cox
_____
Bankruptcy Judge

Dated: OCT 2 2 2018