UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Tamara R Dey-Venturella<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-20646<br><br>Chapter: 13<br>Honorable Jacqueline Cox |

### ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtor's plan is modified post-confirmation by having the student loans through Navient Solutions, LLC. on behalf of United Student Aid Funds, Inc. GLHEC and the student loans through the United States Department of Education be paid outside the plan;

2. Nothing in this Order shall require Trustee to do collections from creditors pursuant to any prior plan, and

3. That all other plan terms, including the base amount shall remain unchanged.

Enter: *Jacqueline P. Cox*
J. Cox

Dated: JAN 07 2019

United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20120209_bko